Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–30520–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Patrick Ghizzone | Christina Sorchini |
| 215 English Place | 215 English Place |
| Basking Ridge, NJ 07920 | Basking Ridge, NJ 07920 |

Social Security No.:
xxx–xx–1025                                                                 xxx–xx–1432

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: <u>Patrick Ghizzone and Christina Sorchini</u>
      Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: October 17, 2024
JAN: wdr

<u>Jeanne Naughton, Clerk</u>