| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Patrick Ghizzone<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–1025<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | Christina Sorchini<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–1432<br>EIN __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number: 19–30520–MBK | | |

## Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patrick Ghizzone                    Christina Sorchini

12/11/24                            **By the court:** <u>Michael B. Kaplan</u>
                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Patrick Ghizzone  
Christina Sorchini  
    Debtors

Case No. 19-30520-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: 3180W | Total Noticed: 48 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick Ghizzone, Christina Sorchini, 215 English Place, Basking Ridge, NJ 07920-2741 |
| 518541649 | + | Dental Care Basking Ridge, 11 Lyons Mall, Basking Ridge, NJ 07920-1928 |
| 518573527 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 518541660 | | RMA of New Jersey, 140 Allen Road, Basking Ridge, NJ 07920-2976 |
| 518541666 | | Taylor Management Company HOA, Society Hill at Bernards I, PO Box 879, Newark, NJ 07101-0879 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 11 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 11 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518617329 | | Email/PDF: bncnotices@becket-lee.com | Dec 11 2024 20:42:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518541643 | + | Email/PDF: bncnotices@becket-lee.com | Dec 11 2024 20:42:08 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518541644 | + | EDI: BANKAMER | Dec 12 2024 01:22:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518627841 | + | EDI: BANKAMER2 | Dec 12 2024 01:22:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518541645 | | EDI: CAPONEAUTO.COM | Dec 12 2024 01:22:00 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 518553174 | + | EDI: AISACG.COM | Dec 12 2024 01:22:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518566388 | + | EDI: AISACG.COM | Dec 12 2024 01:22:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518610199 | + | EDI: AIS.COM | Dec 12 2024 01:22:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518541646 | + | EDI: CAPITALONE.COM | Dec 12 2024 01:22:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518629476 | | Email/PDF: bncnotices@becket-lee.com | Dec 11 2024 20:53:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518541647 | + | EDI: CITICORP | Dec 12 2024 01:22:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518541648 | | Email/PDF: creditonebknotifications@resurgent.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518541650 | + | EDI: MAXMSAIDV | Dec 11 2024 20:42:19 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518565975 | | EDI: DISCOVER | Dec 12 2024 01:22:00 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 518541651 | + | EDI: DISCOVER | Dec 12 2024 01:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518548945 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 12 2024 01:22:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 518541652 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 11 2024 20:37:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 518541654 | | EDI: IRS.COM | Dec 11 2024 20:37:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 518646489 | | EDI: JEFFERSONCAP.COM | Dec 12 2024 01:22:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518605561 | | EDI: JPMORGANCHASE | Dec 12 2024 01:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518541655 | | EDI: JPMORGANCHASE | Dec 12 2024 01:22:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 518541662 | | EDI: JPMORGANCHASE | Dec 12 2024 01:22:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 518582215 | + | Email/Text: RASEBN@raslg.com | Dec 12 2024 01:22:00 | Subaru Motors Finance, PO Box 901076, Fort Worth, TX 76101-2076 |
| | | | Dec 11 2024 20:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518923805 | | Email/Text: legaldivision@kheaa.com | Dec 11 2024 20:37:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518923806 | | Email/Text: legaldivision@kheaa.com | Dec 11 2024 20:37:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518541656 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 11 2024 20:36:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 518645742 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2024 20:42:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518609634 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2024 20:42:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518541657 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2024 20:42:35 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518631576 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 11 2024 20:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520017653 | ^ | MEBN | Dec 11 2024 20:30:07 | Nationstar Mortgage LLC, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 518629600 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 11 2024 20:37:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO BOX 619096, Dallas, TX 75261-9096 |
| 518541658 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 11 2024 20:37:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 518541659 | + | Email/PDF: bankruptcy_prod@navient.com | Dec 11 2024 20:42:02 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518541663 | + | EDI: SYNC | Dec 12 2024 01:22:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |

Case 19-30520-MBK    Doc 43    Filed 12/13/24    Entered 12/14/24 00:16:47    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: 3180W | Total Noticed: 48 |

| Recip ID | | Delivery Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518541664 | + | EDI: SYNC | Dec 12 2024 01:22:00 | Syncb/mc, Po Box 965005, Orlando, FL 32896-5005 |
| 518541665 | + | EDI: SYNC | Dec 12 2024 01:22:00 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 518648601 | ^ | MEBN | Dec 11 2024 20:32:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518546007 | + | EDI: AIS.COM | Dec 12 2024 01:22:00 | Synchrony Bank, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518652407 | + | Email/Text: bncmail@w-legal.com | Dec 11 2024 20:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518541667 | + | EDI: WTRRNBANK.COM | Dec 12 2024 01:22:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518541653 | | Homeowners Insurance |
| 518541661 | | Robert Manchel |
| 518631053 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518553176 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Courtney R. Shed | on behalf of Creditor Nationstar Mortgage LLC cshed@grosspolowy.com ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 11, 2024 | Form ID: 3180W | Total Noticed: 48 |

Elizabeth L. Wassall
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

Laura M. Egerman
    on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Robert Manchel
    on behalf of Joint Debtor Christina Sorchini manchellaw@yahoo.com manchel.robertb132225@notify.bestcase.com

Robert Manchel
    on behalf of Debtor Patrick Ghizzone manchellaw@yahoo.com manchel.robertb132225@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9