Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  19–30520–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Patrick Ghizzone                                      Christina Sorchini
215 English Place                                     215 English Place
Basking Ridge, NJ 07920                               Basking Ridge, NJ 07920

Social Security No.:
xxx–xx–1025                                            xxx–xx–1432

Employer's Tax I.D. No.:

_____

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: January 13, 2025                    Michael B. Kaplan
                                           Judge, United States Bankruptcy Court